# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHN VOLLAND**                                                                                       **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO.1:08CV696 LTS-RHW**

**NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL.**       **DEFENDANTS**

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND JUDGMENT OF DISMISSAL

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED AND ADJUDGED**

That Nationwide Mutual Insurance Company's motion for summary judgment [45] on the plaintiff's claim under business insurance policy number 63 BP 283-510-3001 is **GRANTED**; and

That John Volland's claim against Nationwide for damages under business insurance policy 63 BP 283-510-3001 is **DISMISSED**.

**ORDERED AND ADJUDGED** this 27th day of August, 2009.

                                                                 s/ <u>L. T. Senter, Jr.</u>
                                                                 L. T. SENTER, JR.
                                                                 SENIOR JUDGE